# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149901

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ESTATE OF WILLIAM T. BEALS, Deceased, by
THERESA BEALS, Personal Representative,
        Plaintiff-Appellee,

v

                              SC: 149901
                              COA: 310231
STATE OF MICHIGAN,           Barry CC: 11-000045-NO
        Defendant,
and

WILLIAM J. HARMON,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the July 1, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether defendant William J. Harmon's alleged failure to act was *the* proximate cause of the decedent's death. MCL 691.1407(2)(c). The parties should not submit mere restatements of their application papers.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



t1222

Clerk